# United States Court of Appeals
## For the First Circuit

_____

No. 14-8023

IN RE: PROGRAF ANTITRUST LITIGATION,

_____

STEPHEN L. LAFRANCE HOLDINGS, INC., a/k/a SAJ Distributors; STEPHEN L. LAFRANCE PHARMACY, INC., a/k/a SAJ Distributors; BURLINGTON DRUG COMPANY, INC.; KING DRUG COMPANY OF FLORENCE, INC.; UNIONDALE CHEMISTS, INC.; LOUISIANA WHOLESALE DRUG COMPANY, INC.; NEW MEXICO UFCW UNION'S AND EMPLOYER'S HEALTH AND WELFARE TRUST FUND; JANET M. PAONE, on behalf of herself and of all others similarly situated; JUDITH CARRASQUILLO, on her behalf and on behalf of all others similarly situated,

Plaintiffs, Respondents,

v.

ASTELLAS PHARMA US, INC.,

Defendant, Petitioner.
_____

Before

Torruella, Thompson and Kayatta,
Circuit Judges.
_____

**ORDER OF COURT**

Entered: March 4, 2015

      Defendant-Petitioner Astellas Pharma US, Inc. ("Astellas"), pursuant to Fed. R. Civ. P. 23(f), seeks leave from this court to appeal the district court's recent certification of a Fed. R. Civ. P. 23(c)(4) class in the underlying multidistrict antitrust action. As an initial matter, Astellas' motion for leave to file a reply is **GRANTED**, and the tendered reply has been considered. As for the merits of the petition, we disagree that the action falls into one of the three specific categories of cases identified by this court in Waste Management Holdings, Inc. v. Mowbray, 208 F.3d 288, 293-94 (1st Cir. 2000). Nonetheless, expressing no view whatsoever as to the merits of an appeal, we conclude that the case presents "special circumstances" warranting interlocutory review. Id. at 294. The petition for leave to appeal is **GRANTED**. This appeal will now proceed

as Appeal No. 15-1290.  All papers filed in 14-8023 will be treated as if also filed in 15-1290.  A briefing schedule will be entered in due course.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Rya W. Zobel, Judge, US District Court of Massachusetts
Robert Farrell, Clerk, US District Court of Massachusetts
David M. Schiffman
John W. Treece
Richard M. Zielinski
Elizabeth K. Levine
Thomas M. Sobol
Kristen Johnson Parker
Brian D. Brooks
Susan C. Segura
Thomas M. Greene
Alexander Sugerman-Brozan
James R. Dugan II
Don Barrett
Douglas Robert Plymale
Glen DeValerio
Nathaniel L. Orenstein